# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN BEUGLI, GORMAN L. DULL, ANNA DULL AND PAUL MECKER, on Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, M.D., THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., J.D., S.J.D., MARJORIE P. SMUTS, JOHN S. WALSH, FEDERATED INVESTORS, INC., FEDERATED INVESTMENT MANAGEMENT CORPORATION, FEDERATED EQUITY MANAGEMENT COMPANY OF PENNSYLVANIA, and JOHN DOES NO. 1 through 100,<br><br>            Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Case No. <u>2:05 CV 114</u> |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: May 12, 2005

                                   RESPECTFULLY SUBMITTED,

                                   By: <u>/s/ Evan J. Smith, Esquire</u>
                                   Evam J. Smith, Esquire
                                   Brodsky & Smith LLC
                                   Two Bala Plaza, Suite 602
                                   Bala Cynwyd, PA 19004
                                   (610) 667-6200

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax